**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

_____

MOHAMMED AHMED TAHER, <u>et</u> <u>al.</u>, :
                                    :
    **Petitioners,**                :
                                    :
    **v.**                          :    **Civil Action No. 06-1684 (GK)**
                                    :
BARACK H. OBAMA, <u>et</u> <u>al.</u>,  :
                                    :
    **Respondents.**                :
_____:

## <u>ORDER</u>

A Status Conference was held in this case on September 21, 2009, which took place on the record and via telephone. Upon consideration of parties' Joint Status Report [Dkt. No. 213], representations of the parties, and the entire record herein, it is hereby

**ORDERED**, that the Government's Opposition to Petitioner's Motion for Summary Judgment is due **November 2, 2009.** Petitioner's Reply, if any, is due **November 9, 2009;** and it is further

**ORDERED**, that a Motions Hearing on Petitioner's Motion for Summary Judgment shall be held on **November 12, 2009, at 10:15 am.** Parties shall have no more than 45 minutes each to present their arguments, with an additional brief period of reply for Petitioner, if necessary.

                                    /s/
_____    _____
September 21, 2009           Gladys Kessler
                            United States District Judge

<u>Copies to</u>:  Attorneys of Record via ECF